IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.    )<br>)<br>DAVID MICHAEL GERALD,    )<br>)<br>Defendant.    )<br>) | CRIMINAL NO. 1:13-CR-192<br><br>The Hon. Liam O'Grady<br><br>Trial Date: July 8, 2013 at 10:00 a.m. |

**GOVERNMENT'S EXHIBIT LIST**

| EX. | DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
| 1 | Metropolitan Washington Airports Authority Video of February 24, 2013 | | |
| 2 | Screen shot from video | | |
| 3 | Screen shot from video | | |
| 4 | Screen shot from video | | |
| 5 | Screen shot from video | | |
| 6 | Screen shot from video | | |
| 7 | Screen shot from video | | |
| 8 | Screen shot from video | | |
| 9 | Dr. Miyamoto's Progress Report Dated February 28, 2013 | | |
| 10 | Dr. Miyamoto's Progress Report Dated March 14, 2013 | | |
| 11 | Dr. Miyamoto's Operative Report Dated March 20, 2013 | | |

| | | | |
|---|---|---|---|
| 12 | Dr. Miyamoto's Progress Report Dated March 25, 2013 | | |
| 13 | Dr. Miyamoto's Progress Report Dated April 1, 2013 | | |
| 14 | Dr. Miyamoto's Progress Report Dated April 18, 2013 | | |
| 15 | Dr. Miyamoto's Progress Report Dated May 2, 2013 | | |
| 16 | Dr. Miyamoto's Progress Report Dated May 29, 2013 | | |

                                                    Respectfully Submitted

                                                    Neil H. MacBride
                                                    United States Attorney

By:                 /s/
                                                    Annamartine Salick
                                                    Special Assistant United States Attorney
                                                    Matthew Gardner
                                                    Assistant United States Attorney
                                                    United States Attorney's Office
                                                    2100 Jamieson Avenue
                                                    Alexandria, Virginia  22314
                                                    Phone:  (703) 299-3700

CERTIFICATE OF SERVICE

     I hereby certify that a true and accurate copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, and thereby served on the following counsel of record via ECF on July 3, 2013.

Aamra S. Ahmad, Esquire
Counsel for Mr. Gerald
Office of the Federal Public Defender
1650 King St., Suite 500
Alexandria, VA 22314
W.703-600-0800
Aamra_ahmad@fd.org